UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BINYAMIN TZAFIR, | CASE NO. C25-2126JLR |
| Petitioner, | MINUTE ORDER |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable John H. Chun as related to *Tzafir v. Bondi, et al.*, No. C25-2067JHC.

//

//

//

//

MINUTE ORDER - 1

1     All future documents filed in this case must bear case numbers ending in "JHC."

2     Filed and entered this 7th day of November, 2025.

                                  RAVI SUBRAMANIAN
                                  Clerk of Court

                                  s/ Ashleigh Drecktrah
                                  Deputy Clerk

MINUTE ORDER - 2