UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BINYAMIN TZAFIR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAMELA BONDI et al.,<br><br>　　　　　Respondents. | CASE NO. 25-cv-02126-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court ORDERS Respondents to file a return to the petition for writ of habeas corpus, Dkt. # 1, by no later than December 31, 2025. Petitioner may file a traverse by January 5, 2026.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 19th day of December 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　*/s/Ashleigh Drecktrah*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1