## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BINYAMIN TZAFIR,<br><br>               Petitioner,<br>   v.<br><br>PAMELA BONDI et al.,<br><br>               Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:25-cv-02126-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The petition for writ of habeas corpus is granted. Dkt. # 19; see Dkt. # 1. This case is closed.

    Dated January 12, 2026.

                                                                         _Joshua C. Lewis_
                                                                       Clerk of Court

                                                                       _/s/Ashleigh Drecktrah_
                                                                       Deputy Clerk