# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BINYAMIN TZAFIR,

                    Petitioner,

     v.

TODD BLANCHE et al.,

                    Respondents.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER 25-cv-02126-JHC

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The petition for writ of habeas corpus is granted.  Dkt. # 19; *see* Dkt. # 1.  Petitioner is awarded $4,735.48 in attorney fees.  *See* Dkt. # 24 at 6.

Dated May 21, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Ashleigh Drecktrah*
Deputy Clerk